# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1221. IN THE INTEREST OF N. Z. M., et al., CHILDREN.**

The mother of N. Z. M. and M. G. M. filed this direct appeal following our grant of her discretionary application. Case No. A23D0219 (Feb. 7, 2023). Upon review of the complete record on appeal, however, this Court has determined that the application was improvidently granted. This appeal therefore is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/14/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.